IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV454 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES CAUDILLO, MELINDA S. CAUDILLO, UNKNOWN HEIRS, EXECUTORS, ADMINISTRATORS, DEVISEES, TRUSTEES, LEGATEES, CREDITORS, AND ASSIGNEES, UNKNOWN SPOUSE, UNKNOWN EXECUTORS, ADMINISTRATORS, DEVISEES, TRUSTEES, CREDITORS, SUCCESSORS AND ASSIGNEES, UNKNOWN GUARDIANS, CONSERVATORS AND TRUSTEES, and UNKNOWN HEIRS, EXECUTORS, ADMINISTRATORS, DEVISEES, LEGATEES, TRUSTEES, CREDITORS AND ASSIGNEES OF ANY PERSON ALLEGED TO BE DECEASED AND MADE DEFENDANTS AS SUCH, AND ALL PERSONS HAVING OR CLAIMING AN INTEREST, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 10, is scheduled before the undersigned on **December 14, 2006, at 3:00 p.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to the defendants at their last known addresses of record.

DATED this 21st day of November, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief United States District Judge